**FILED**
July 23, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:    DT
       Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| UNITED STATES OF AMERICA, | § | **Case No: EP:25-CR-01815-LS** |
|---|---|---|
| Plaintiff, | § | **I N D I C T M E N T** |
| v. | § | **CT 1:** 8 U.S.C. § 1326(a) – Illegal Re-Entry |
| FRANCISCO DAVID ORTIZ-ORTIZ, | § | **CT 2:** 50 U.S.C. § 797 – Penalty for Violation of Security Regulations |
| Defendant. | § | **CT 3:** 18 U.S.C. § 1382 – Entering Military Property |

THE GRAND JURY CHARGES:

### COUNT ONE

On or about July 6, 2025, in the Western District of Texas, Defendant,

**FRANCISCO DAVID ORTIZ-ORTIZ,**

an alien, who had previously been excluded, deported, and removed from the United States, attempted to enter, entered, and was found in the United States, without having previously received express consent to reapply for admission from the United States Attorney General and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557, in violation of Title 8, United States Code, Section 1326(a).

### COUNT TWO

On or about July 6, 2025, in the Western District of Texas, Defendant,

**FRANCISCO DAVID ORTIZ-ORTIZ,**

willfully violated a defense property security regulation, issued by lawful authority on April 30, 2025, by the Senior Commander, U.S. Army Ft. Bliss, establishing a National Defense Area, and declaring the lands to be a Restricted Area of the Department of the Army comprising

approximately 2,000 acres of land located along the southern border of the United States, by accessing the designated Restricted Area which contained posted notice prohibiting unauthorized access, all in violation of Title 50, United States Code, Section 797.

## COUNT THREE

On or about July 6, 2025, in the Western District of Texas, Defendant,

**FRANCISCO DAVID ORTIZ-ORTIZ,**

entered any military reservation, post, fort, arsenal, station, and installation, specifically, the National Defense Area created by lawful authority on April 30, 2025, by the Senior Commander, U.S. Army Ft. Bliss, establishing a National Defense Area, and declaring the lands to be a Restricted Area of the Department of the Army comprising approximately 2,000 acres of land located along the southern border of the United States, and said entry was for any purpose prohibited by law or lawful regulation, specifically, Title 8, United States Code, Section 1326(a), all in violation of Title 18, United States Code, Section 1382.

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: 
Assistant U.S. Attorney

2